SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR VOLOVNIKOV, <br><br> Plaintiffs <br><br> v. <br><br> Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Citizenship and Immigration Services, EMILIO T. GONZALES, Director; U.S. Citizenship and Immigration Services, ROSEMARY MELVILLE, San Francisco District Director; United States Attorney General, PETER D. KEISLER;* ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-3607 EDL <br><br><br><br><br><br> ANSWER TO COMPLAINT |

    The Defendants hereby submit their answer to Plaintiff's Petition for Hearing on Naturalization Application Pursuant to 8 U.S.C. Section 1447(b).

    1.    Paragraph One consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

ANSWER
C 07-3607 EDL

1  the Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph One.

2.   Defendants admit the allegations in Paragraph Two.

3.   Defendants admit the allegations in Paragraph Three.

4.   Defendants admit the allegations in Paragraph Four.

5.   Defendants admit the allegations in Paragraph Five regarding the description of the United States Attorney General. Defendants aver that Alberto Gonzales is no longer the United States Attorney General.

6.   Defendants deny the allegations in Paragraph Six.

7.   Defendants deny the allegations in Paragraph Seven.

8.   Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required. To the extent a response is required, Defendants deny the allegations.

9.   Defendants admit the allegations in Paragraph Nine.

10.  Defendants admit that Plaintiff was interviewed on August 3, 2005.

11.  Defendants admit that Plaintiff passed his English and History tests. Defendants deny the remaining allegations in Paragraph Eleven.

12.  Defendants admit the allegations in Paragraph Twelve.

13.  Defendants admit that Plaintiff was interviewed almost two years ago; however, Defendants deny the remaining allegations in this paragraph.

14.  Paragraph Fourteen consists of Plaintiff's conclusions of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

15.  Paragraph Fifteen consists of Plaintiff's conclusions of law for which no answer is required.

The remaining paragraphs consist of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny the allegations in these paragraphs.

ANSWER
C 07-3607 EDL                              2

**FIRST AFFIRMATIVE DEFENSE**

The Court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Petition with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Date: September 17, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants