SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR VOLOVNIKOV, | No. C 07-3607 EDL |
| Plaintiff, | |
| v. | **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director, | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

| | | |
|---|---|---|
| 1 | Dated: September 21, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

                                                /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Dated: September 21, 2007                /s/
MONICA KANE
Attorney for Plaintiff

Parties' Consent to Magistrate Jurisdiction
C07-3607 EDL                         2