1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VICTOR VOLOVNIKOV, | ) | |
|---|---|---|
| | ) | No. C 07-3607 EDL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| | ) | **EXEMPT FROM FORMAL ADR** |
| Department of Homeland Security, MICHAEL | ) | **PROCESS** |
| CHERTOFF, Secretary; U.S. Attorney General, | ) | |
| ALBERTO GONZALES; United States | ) | |
| Citizenship and Immigration Services, | ) | |
| EMILIO T. GONZALEZ, Director; United | ) | |
| States Citizenship and Immigration Services, | ) | |
| ALFONSO AGUILAR, Chief; United States | ) | |
| Citizenship and Immigration Services, DAVID | ) | |
| STILL, District Director, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance

Parties' Request for ADR Exemption
C07-3607 EDL                          1

of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: September 21, 2007                    Respectfully submitted,

                                                         SCOTT N. SCHOOLS
                                                         United States Attorney

                                                         _____/s/_____
                                                         MELANIE L. PROCTOR
                                                        Assistant United States Attorney
                                                         Attorneys for Defendants

Dated: September 21, 2007                    _____/s/_____
                                                         MONICA KANE
                                                         Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:                                       _____
                                                         ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge