**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR VOLOVNIKOV,

    Plaintiff,

    v.

DEPARTMENT OF HOMELAND SECURITY,

    Defendant.
_____/

No. C 07-03607 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for October 16, 2007 at 10:00 a.m. has been continued to **October 23, 2007 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. A joint case management statement shall be filed no later than October 16, 2007.

Dated: September 28, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy