SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR VOLOVNIKOV, ) <br> ) <br>                 Plaintiffs ) <br> ) <br> v. ) <br> ) <br> Department of Homeland Security, ) <br> MICHAEL CHERTOFF, Secretary; ) <br> U.S. Citizenship and Immigration Services, ) <br> EMILIO T. GONZALES, Director; U.S. ) <br> Citizenship and Immigration Services, ) <br> ROSEMARY MELVILLE, San Francisco ) <br> District Director; United States Attorney ) <br> General, PETER D. KEISLER;* ROBERT ) <br> S. MUELLER, III, Director of the Federal ) <br> Bureau of Investigation, ) <br> ) <br>                 Defendants. ) <br> ) | No. C 07-3607 EDL <br><br><br><br><br><br> JOINT CASE MANAGEMENT <br> STATEMENT |

    1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiffs brought this Complaint under 28 U.S.C. §§ 1331 and 1361, the Administrative Procedure Act, and 8 U.S.C. §§ 1421 and 1447(b). All parties have been served.

    2. Facts: On June 21, 2005, Plaintiff applied for naturalization. On November 15, 2005,

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

JOINT CASE MANAGEMENT STATEMENT
C 07-3607 EDL

Plaintiff was interviewed by the U.S. Citizenship and Immigration Services. Plaintiff's name check is still pending with the Federal Bureau of Investigation. On June 29, 2007, Plaintiff filed the instant Complaint. Defendants were properly served on or about July 5, 2007.

       3. Legal Issues: The principal legal issue the parties dispute is whether the Court should render a decision on his naturalization application in the absence of a completed name check.

       4. Motions: None.

       5. Amendment of Pleadings: None.

       6. Evidence Preservation: None.

       7. Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

       8. Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery. No experts will be designated.

       9. Class Actions: Not applicable.

       10. Related Cases: None.

       11. Relief: Plaintiff asks that the Court hear his case and render a declaratory judgment that he is entitled to be naturalized. This case does not involve damages.

       12. Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on September 21, 2007.

       13. Consent to Magistrate Judge for All Purposes: The parties have consented to assignment of this case to a United States Magistrate Judge.

       14. Other References: None.

       15. Narrowing of Issues: None.

       16. Expedited Schedule: The parties believe this matter can be solved through motions.

       17. Scheduling: The parties suggest the following dates:

Last day for Defendants to file Motion to Remand:   November 20, 2007

Last day for Plaintiff to file Opposition:   December 4, 2007

Last day for Defendants to Reply, if any:   December 11, 2007

1  The parties request the Court to take the matter under submission without oral argument.

2      18. Trial: Should the Court deny the motion to remand, the parties request the court to
3  schedule a further case management conference to schedule a hearing date on Plaintiff's application
4  for naturalization.

5      19. Disclosure of Non-party Interested Entities or Persons: None.

6      20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this
7  matter: None.

8  Dated: October 16, 2007            Respectfully submitted,

9                                     SCOTT N. SCHOOLS
10                                    United States Attorney

11                                    /S/
                                   MELANIE L. PROCTOR[1]
12                                    Assistant United States Attorney
                                   Attorneys for Defendants

13

14 Dated: October 16, 2007            /S/
                                   MONICA KANE
15                                    Attorney for Plaintiff

16 **CASE MANAGEMENT ORDER**

17     The Joint Case Management Statement and Proposed Order are hereby adopted by the Court
18 as the Case Management Order for the case, and the parties are ordered to comply with this Order.

19
20 Dated:
                                   ELIZABETH D. LAPORTE
21                                    United States Magistrate Judge

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C 07-3607 EDL                  3