1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 VICTOR VOLOVNIKOV,                     )
                                          ) No. C 07-3607 EDL
12         Plaintiff,                     )
                                          )
13         v.                             ) **PARTIES' JOINT REQUEST TO BE**
                                          ) **EXEMPT FROM FORMAL ADR**
14 Department of Homeland Security, MICHAEL ) **PROCESS**
   CHERTOFF, Secretary; U.S. Attorney General, )
15 ALBERTO GONZALES; United States        )
   Citizenship and Immigration Services,  )
16 EMILIO T. GONZALEZ, Director; United   )
   States Citizenship and Immigration Services, )
17 ALFONSO AGUILAR, Chief; United States  )
   Citizenship and Immigration Services, DAVID )
18 STILL, District Director,              )
                                          )
19         Defendants.                    )
   _____)
20

21     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

22 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

23 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

24 options provided by the court and private entities, and considered whether this case might benefit

25 from any of them. Here, the parties agree that referral to a formal ADR process will not be

26 beneficial because this action is limited to plaintiff's request that this Court compel defendants to

27 adjudicate the application for naturalization. Defendants have already requested the FBI expedite

28 the name check so that the application may be processed as soon as possible. Given the substance

Parties' Request for ADR Exemption
C07-3607 EDL                              1

of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: September 21, 2007            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Dated: September 21, 2007            _____/s/_____
MONICA KANE
Attorney for Plaintiff

### ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: October 19, 2007            _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
Judge Elizabeth D. Laporte