**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:   October 23, 2007

Case No:  **C-07-03607  (EDL)**

Case Name:  **VICTOR VOLOVNIKOV v. DEPARTMENT OF HOMELAND SECURITY**

    Attorneys:    Pltf: Carrie Rosenbaum    Deft:  Margie Proctor

    Deputy Clerk:  Lili M. Harrell    FTR Digital Recorder: 10:39am-10:40am

**PROCEEDINGS:**
    Initial Case Management Conference - Held.

**ORDERED AFTER HEARING:**
    Court adopts the parties' briefing schedule: Last day for defendants to file a Motion to Remand 11/20/07; Plaintiff's Opposition due by 12/4/2007; Defendants' Reply, if any, due by 12/11/07. Motion will be taken under submission without oral argument.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**   for

**Notes:**

cc: