Carrie Rosenbaum
Jewish Family and Children's Services
2534 Judah Street
San Francisco, CA 94122
Telephone: (415) 449-2412
Facsimile: (415) 449-2901
Email: carrier@jfcs.org

Attorney for Petitioner
VICTOR VOLOVNIKOV

FILED
OCT 22 PM 3: 32

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR VOLOVNIKOV<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondents. | Case No. C 07-3607 EDL<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY AND ENTRY OF APPEARANCE OF:**<br><br>**Carrie Rosenbaum**<br><br>*IMMIGRATION CASE*<br><br>DHS No. A 71 623 294 |

Petitioner hereby gives notice of Carrie Rosenbaum's entry of appearance as counsel of record, in the above-captioned case.

Dated: October 22, 2007

Respectfully submitted,

Carrie Rosenbaum
Jewish Family and Children's Services

Attorneys for Petitioner