Carrie Rosenbaum, Cal. Bar #236582
Jewish Family & Children's Services
2534 Judah Street
San Francisco, CA 94122
Tel. (415) 449-2900
Fax  (415) 449-2901
Email:  CarrieR@jfcs.org

Attorney for Victor Volovnikov

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Victor Volovnikov,** | Civil No. C 07-3607 EDL |
| **Plaintiff,** | STIPULATION TO EXTEND TIME WITHIN WHICH THE PLAINTIFF MUST FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| **Department of Homeland Security, MICHAEL CHERTOFF, Secretary; US Attorney General, MICHAEL MUKASEY; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director** | |
| **Defendants.** | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time within which the Plaintiff must file his Opposition to Defendants' Motion to Remand in the above-entitled action.  Plaintiff respectfully makes this request because of recent transition of staff at the nonprofit organization of which she is the new supervising attorney.  She and the

other attorney are new as of September and October 2007, respectively, and replaced the previous two attorneys.  The recent staff transitions combined with the very large caseload at the agency have necessitated Counsel for Plaintiff's request for more time to file the Opposition. Plaintiff's Opposition shall be due January 8, 2008, and Defendants' Reply shall be due January 15, 2008.

Dated:  December 4, 2007                                             Respectfully submitted,

 

CARRIE ROSENBAUM
Attorney for Plaintiff

Dated:

MELANIE PROCTOR
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Dated:

Elizabeth D. Laporte
United States Magistrate Judge

Stipulation for Extension, Case No. C 07-3607 EDL  2