1  Carrie Rosenbaum, Cal. Bar #236582
   Jewish Family & Children's Services
2  2534 Judah Street
   San Francisco, CA 94122
3  Tel. (415) 449-2900
   Fax  (415) 449-2901
4  Email:  CarrieR@jfcs.org

5  Attorney for Victor Volovnikov

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 **Victor Volovnikov,**                )  **Civil No. C 07-3607 EDL**
                                          )
11         **Plaintiff,**                 )  **STIPULATION TO EXTEND TIME**
                                          )  **WITHIN WHICH THE PLAINTIFF**
       **vs.**                            )  **MUST FILE AN OPPOSITION TO**
12                                        )  **DEFENDANTS' MOTION TO DISMISS**
   **Department of Homeland Security,**   )
13 **MICHAEL CHERTOFF, Secretary; US**    )
   **Attorney General, MICHAEL MUKASEY;** )
14 **United States Citizenship and Immigration** )
   **Services, EMILIO T. GONZALEZ,**      )
15 **Director; United States Citizenship and** )
   **Immigration Services, ALFONSO**      )
16 **AGUILAR, Chief; United States**      )
   **Citizenship and Immigration Services,** )
17 **ROSEMARY MELVILLE, District**        )
   **Director**                           )
18                                        )
                                          )
19                                        )
           **Defendants.**                )
20                                        )

21 ─────────────────────────────────────

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their

23 attorney of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of

24 time within which the Plaintiff must file his Opposition to Defendants' Motion to Remand in the

25 above-entitled action.  Plaintiff respectfully makes this request because of recent transition of

   staff at the nonprofit organization of which she is the new supervising attorney.  She and the

Stipulation for Extension, Case No. C 07-3607 EDL  1

other attorney are new as of September and October 2007, respectively, and replaced the previous two attorneys. The recent staff transitions combined with the very large caseload at the agency have necessitated Counsel for Plaintiff's request for more time to file the Opposition. Plaintiff's Opposition shall be due January 8, 2008, and Defendants' Reply shall be due January 15, 2008.

Dated: December 4, 2007

Respectfully submitted,

_____
CARRIE ROSENBAUM
Attorney for Plaintiff

Dated:

_____
MELANIE PROCTOR
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Dated: December 4, 2007

Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
(Seal: United States District Court, Northern District of California)

Stipulation for Extension, Case No. C 07-3607 EDL  2