I, VICTOR VOLOVNIKOV, declare that the foregoing is true and correct to the best of my knowledge:

1. I am a native and citizen of Russia, born on January 19, 1972, and am the Plaintiff in the present action.

2. I first entered the United States on or about February 18, 1990 on a tourist visa.

3. Shortly after entering the U.S. I applied for political asylum, withholding of removal and relief pursuant to the Convention Against Torture.

4. In 1994 I was informed that my application had been denied and that my case was going to be referred to Immigration Court.

5. I then, through the assistance of an attorney, applied for former suspension of deportation.

6. In 1998, I was granted suspension of deportation and got my green card on January 13, 1998.

7. I have never been convicted, charged, detained or arrested by any law enforcement agency in the United States, Russia, or anywhere else in the world.

8. Since entering the U.S. I have traveled outside the United States approximately 5 times for pleasure and have always been re-admitted without difficulty.

9. I am employed as the Chief Executive Officer of Corporate Executive Limousine Services, Inc. and I have been employed in this capacity since January of 2001.

10. I have made at least two written requests to the USCIS to adjudicate my naturalization application. I received responses from USCIS dated 04/14/2006 and 02/22/2007, 03/08/2007. The responses indicated only that the Agency was waiting for completion of security checks.

11. I have not been told why a decision in my application has been delayed nor have I been asked for additional information. I have been given no information about when the USCIS expects to complete my application.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at San Francisco, California on January 7, 2008.


VICTOR VOLOVNIKOV


_____