Morgan Hangartner, Cal. Bar #242598
Jewish Family & Children's Services
2534 Judah Street
San Francisco, CA 94122
Tel. (415) 449-2914
Fax (415) 449-2901
Email: morganh@jfcs.org

Attorney for Victor Volovnikov

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Victor Volovnikov,** | **Civil No. 07-03607-EDL** |
| Plaintiff, | **Substitution of Attorney** |
| vs. | |
| **Department of Homeland Security, Michael Chertoff, Secretary; United States Citizenship and Immigration Services, Emilio T. Gonzalez, Director; United States Citizenship and Immigration Services, Rosemary Melville, District Director; US Attorney General, Alberto Gonzales; Federal Bureau of Investigation, Robert S. Mueller, III, Director** | |
| Defendants. | |

The undersigned counsel enters an appearance in this action and substitutes himself in place of previous counsel on behalf of the plaintiff and requests that he be notified of all further proceedings. Any correspondence may be sent to:

Morgan Hangartner, Esq.

Jewish Family & Children's Services

Substitution of Attorney, 07-03607 EDL- 1

2534 Judah Street

San Francisco, CA 94122

Tel. (415) 449-2914

Fax (415) 449-2901

Email: morganh@jfcs.org

Dated this 12th day of March 2008

/s/
Morgan Hangartner
Jewish Family & Children's Services
2534 Judah Street
San Francisco, CA 94122