1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR VOLOVNIKOV, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> Department of Homeland Security, ) <br> MICHAEL CHERTOFF, Secretary; ) <br> U.S. Citizenship and Immigration Services, ) <br> EMILIO T. GONZALES, Director; U.S. ) <br> Citizenship and Immigration Services, ) <br> ROSEMARY MELVILLE, San Francisco ) <br> District Director, ) <br> ) <br> Defendants. ) | No. C 07-3607 EDL <br><br> STATUS REPORT AND STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE |

///

///

///

///

///

///

///

///

STATUS REPORT AND STIPULATION
C 07-3607 EDL

1  The parties respectfully report that Plaintiff's application for naturalization has been adjudicated. Accordingly, the parties hereby stipulate, subject to approval of the Court, to vacate the Case Management Conference scheduled for June 3, 2008, and to close the above entitled action.

Dated: March 24, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: March 24, 2008

_____/s/_____
MORGAN HANGARTNER
Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for June 3, 2008 is hereby VACATED. The Clerk shall close the file.

Dated:

ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STATUS REPORT AND STIPULATION
C 07-3607 EDL                    2