1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  VICTOR VOLOVNIKOV,                )   No. C 07-3607 EDL
                                      )
14              Plaintiffs            )
                                      )
15         v.                         )
                                      )
16  Department of Homeland Security,  )
    MICHAEL CHERTOFF, Secretary;      )   STATUS REPORT AND STIPULATION
17  U.S. Citizenship and Immigration Services, )  TO VACATE CASE MANAGEMENT
    EMILIO T. GONZALES, Director; U.S. )   CONFERENCE
18  Citizenship and Immigration Services, )
    ROSEMARY MELVILLE, San Francisco  )
19  District Director,                )
                                      )
20              Defendants.           )
    _____ )

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STATUS REPORT AND STIPULATION
C 07-3607 EDL

The parties respectfully report that Plaintiff's application for naturalization has been adjudicated. Accordingly, the parties hereby stipulate, subject to approval of the Court, to vacate the Case Management Conference scheduled for June 3, 2008, and to close the above entitled action.

Dated: March 24, 2008                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: March 24, 2008                                    /s/
MORGAN HANGARTNER
Attorney for Plaintiff

## ~~PROPOS~~ED ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for June 3, 2008 is hereby VACATED. The Clerk shall close the file.

Dated:  March 25, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*[Signature: Elizabeth D. Laporte]*
*Judge Elizabeth D. Laporte*

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STATUS REPORT AND STIPULATION
C 07-3607 EDL                                    2